UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN NELLY BUNAY., <br><br>                           Plaintiffs, <br><br> -v.- <br><br> M.I.C. SERVICES LLC et al., <br><br>                           Defendants. | 25 Civ. 04954 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On August 31, 2025, the Court directed Plaintiff to move for a default judgment against Defendants or show cause why this action should not be dismissed for failure to prosecute. *See* ECF No. 11 (detailing Defendants' failure to respond to the Complaint). Upon Plaintiff's application, ECF Nos. 13-15, on September 5, 2025, the Clerk of Court issued a certificate of default as to each Defendant, ECF Nos. 16-17. On September 10, 2025, Plaintiff moved for a default judgment, ECF No. 18, and filed a declaration and memorandum of law in support of the motion, ECF Nos. 19-20.

If Defendants wish to oppose the motion, then their counsel shall, (1) by **October 27, 2025**, enter a notice of appearance, and (2) by **November 3, 2025**, file an opposition explaining why a default judgment is not warranted.

Plaintiff has already filed proof of service of the papers in support of the motion. ECF No. 21. By no later than **October 23, 2025**, Plaintiff shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge