UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN NELLY BUNAY,

                        Plaintiff,

           -v.-

M.I.C. SERVICES LLC et al.,

                        Defendants.

25 Civ. 4954 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

Plaintiff Carmen Nelly Bunay filed the Complaint in this action, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the N.Y. Labor Law, §§ 190 *et seq.* and 650 *et seq.*, on June 12, 2025.  ECF No. 1.  Plaintiff served Defendant M.I.C. Services LLC with process on June 18, 2025, ECF No. 8, and served Defendant Ismael Cintron Junior with process on July 23, 2025, ECF No. 9.  Defendants' answers were therefore due on July 9, 2025 and August 13, 2025, respectively.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  Neither Defendant has responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos. 13-15, on September 5, 2025, the Clerk of Court issued a certificate of default as to each Defendant, ECF Nos. 16-17.  On September 10, 2025, Plaintiff moved for a default judgment, ECF No. 18, and filed a declaration and memorandum of law in support of the motion, ECF Nos. 19-20.  Plaintiff served its motion papers on Defendants by mail pursuant to Federal Rule 5(b)(2)(C).  *See* ECF No. 21.  On October 20, 2025, the Court directed Defendants to file any opposition to the motion for a default judgment by November 3, 2025.  ECF No. 22.  Plaintiff served the Order on Defendants the same day.  ECF No. 23.  Defendants did not oppose the motion.

The Court has reviewed Plaintiff's motion for a default judgment and supporting

submissions. ECF Nos. 18-20. Because proof of service has been filed; Defendants have failed to respond to the Complaint; the time for doing so has expired; and Defendants have failed to appear to contest the entry of a default judgment, the Court hereby enters a default judgment for Plaintiff against Defendants, with declaratory, injunctive, and compensatory relief, plus costs, interest, and attorneys' fees to be determined at an inquest. *See Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021 WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment).

By separate Order, the Court will refer this case to Magistrate Judge Jennifer Willis for an inquest. By **January 20, 2026**, Plaintiff shall serve this Order upon Defendants and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

Dated: January 14, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2