**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CARMEN BUNAY,

                              Plaintiff,                                    **ORDER**

        -against-                                                     **25-CV-4954 (JHR) (JW)**

M.I.C. SERVICES LLC et al.,

                              Defendant.
----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Honorable Judge Rearden referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendant M.I.C. Services LLC and Ismael Junior.

Accordingly, IT IS HEREBY ORDERED that, on or before **February 27, 2026** the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  The Plaintiff must serve these documents on Defendants, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **March 13, 2026** the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:      January 21, 2026
            New York, New York

_Jennifer E. Willis_

JENNIFER E. WILLIS
United States Magistrate Judge